| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| John Douglas Richards ESQ.<br>22 Avenue @ Port Imperial #114<br>West New York, NJ 07093<br>E-MAIL<br>ATTORNEY FOR (Name): | Telephone<br><br>FAX | |
| United States District Court - Southern District of New York<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: , NY<br>BRANCH NAME: Southern District of New York | | |
| PLAINTIFF: John Douglas Richards | | |
| DEFENDANT: Melvyn I Weiss, Steven G. Schulman and W | | |
| PROOF OF SERVICE | FILE NUMBER<br>2008003573 | COURT CASE NUMBER<br>08CV5456 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):   Attachments, Civil Case Cover Sheet, Summons in a Civil Action, Complaint,

3. a. Party served:   **William S. Lerach**
   b. Person served: party in item 3a

4. Address where party was served:   USP 3901 Klein Blvd
   Lompoc, CA 93436

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 6/26/2008 (2) at: 8:45 AM.

6. The "Notice to the Person Served" was completed as follows:
   a. as an individual defendant.

7. Person who served papers:
   a. Name: **Senior Deputy Troy Marino**
   b. Address: Sheriff's Civil Bureau 401 East Cypress St. Suite 105 Lompoc, CA 93436
   c. Telephone number: **(805) 737-7710**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: June 26, 2008

Sheriff's Authorized Agent
Bill Brown, Sheriff

Hearing:  <No Information>

Judicial Council form POS-010         Original         92495