```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

SULLIVAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOHN DOUGLAS RICHARDS,

                            Plaintiff,      :    08 CV 5456 (RJS)

          -against-                         :    **STIPULATION AND ORDER**

MELVYN I. WEISS, STEVEN G. SCHULMAN
and WILLIAM S. LERACH,

                           Defendants.
---------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between plaintiff *pro se* John Douglas Richards and the undersigned attorneys for defendants Melvyn I. Weiss and Steven G. Schulman (collectively, the "Stipulating Defendants") as follows:

       1.    The Stipulating Defendants' time to answer or otherwise move in response to the complaint is extended to September 22, 2008; and

       2.    The Stipulating Defendants will not contest service of process.

Dated: New York, New York
       July 17, 2008

JOHN DOUGLAS RICHARDS                    SEEGER WEISS LLP

By: /s/ John Douglas Richards                  By: _____
    John Douglas Richards, Plaintiff *Pro Se*          Christopher A. Seeger
22 Ave at Port Imperial #114                      Jeffrey S. Grand
West New York, NJ 07093                        *Attorneys for Defendant Melvyn I. Weiss*
(202) 758-5467                                           One William Street
                                                       New York, NY 10004
                                                       (212) 584-0700

00377067

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOHN DOUGLAS RICHARDS,

                        Plaintiff,         08 CV 5456

        -against-                  **STIPULATION AND ORDER**

MELVYN I. WEISS, STEVEN G. SCHULMAN
and WILLIAM S. LERACH,

                        Defendants.
---------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between plaintiff *pro se* John Douglas Richards and the undersigned attorneys for defendants Melvyn I. Weiss and Steven G. Schulman (collectively, the "Stipulating Defendants") as follows:

    1.    The Stipulating Defendants' time to answer or otherwise move in response to the complaint is extended to September 22, 2008; and

    2.    The Stipulating Defendants will not contest service of process.

Dated: New York, New York
        July 17, 2008

**JOHN DOUGLAS RICHARDS**               **SEEGER WEISS LLP**

By: _____               By: _____
    John Douglas Richards, Plaintiff *Pro Se*          Christopher A. Seeger
22 Ave at Port Imperial #114                  Jeffrey S. Grand
West New York, NJ 07093                     *Attorneys for Defendant Melvyn I. Weiss*
(202) 758-5467                                    One William Street
                                                    New York, NY 10004
                                                    (212) 584-0700

00977067

DAVIDOFF MALITO & HUTCHER LLP

By: _____
Peter M. Ripin
*Attorneys for Defendant Steven G. Schulman*
605 Third Avenue, 34th Floor
New York, NY 10158
(212) 557-7200


SO ORDERED:

_____
U.S.D.J.
7/18/08

00377067