UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOUGLAS RICHARDS,          :
                                :       08 Civ. 5456 (RJS)
                   Plaintiff,   :
                                :
        - against -             :       **NOTICE OF**
                                :       **APPEARANCE**
MELVYN I. WEISS, STEVEN G. SCHULMAN :
and WILLIAM S. LERACH,          :
                                :
                   Defendants.  :
------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that Davidoff Malito & Hutcher LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for defendant Steven G. Schulman, and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
      July 21, 2008

                              DAVIDOFF MALITO & HUTCHER LLP

                              By:_____
                                 Peter M. Ripin (PMR 6950)
                              *Attorneys for Defendant Steven G. Schulman*
                              605 Third Avenue, 34th Floor
                              New York, New York 10158
                              (212) 557-7200

TO:   **JOHN DOUGLAS RICHARDS, ESQ.**    **SEEGER WEISS LLP**
       22 Ave at Port Imperial #114              *Attorneys for Defendant Melvyn I. Weiss*
       West New York, NJ 07093                  One William Street
       (202) 758-5467                               New York, NY 10004
                                                   (212) 584-0700

00377444