UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOHN DOUGLAS RICHARDS,                  :        08 Civ. 5456 (RJS)

                       Plaintiff,      :

            -against-                   :        **AFFIDAVIT OF SERVICE**

MELVYN I. WEISS, STEVEN G. SCHULMAN    :
and WILLIAM S. LERACH,
                       Defendants.    :
------------------------------------------------------------------x

STATE OF NEW YORK     )
                       ) ss.:
COUNTY OF NEW YORK    )

    THERESA FITTON, being duly sworn, deposes and says:

    I am an employee of the law firm of Davidoff Malito & Hutcher LLP, attorneys for defendant Steven G. Schulman. I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

    On July 21, 2008, I caused to be served the within **NOTICE OF APPEARANCE** by regular mail by depositing true copies of same, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed as follows:

    JOHN DOUGLAS RICHARDS, ESQ.        SEEGER WEISS LLP
    22 Ave at Port Imperial #114              One William Street
    West New York, NJ 07093                  New York, NY 10004

                                                    _____
                                                         THERESA FITTON

Sworn to before me this
21st day of July 2008

_____
Notary Public

NARCISSUS F. THOMAS
Commissioner of Deeds
City of New York, No. 2-2366
Certificate Filed in Kings County
Commission Expires Oct. 1, 2009

00377525